UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTOINE WARREN, MICHEUALA BROWN | * | |
| ANTHONY NETTLES, individually and as | * | CIVIL ACTION |
| father of the minor child, ▓▓▓▓ | * | |
| | * | NO. 2:18-CV-11613 |
| VERSUS | * | |
| | * | SECTION "B" |
| PETER MALLORY, WOODEN PRODUCTS | * | |
| TRANSPORTATION, INC., AMTRUST | * | MAGISTRATE (4) |
| FINANCIAL SERVICES, INC., AND | * | |
| WESCO INSURANCE COMPANY | * | JURY TRIAL |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Defendants, Peter Mallory, Wooden Products Transportation, Inc., Wesco Insurance Company, and Amtrust Financial Services, Inc., (collectively "Defendants"), who submit the following list of witnesses that they may call to testify at trial and exhibits they may use at trial:

## WITNESS LIST

1. Plaintiff, Antoine Warren;

2. Defendant, Peter Mallory;

3. Woody Griffin, President, Wooden Products Transportation, Inc.;

4. Officer Vaughn Valeary, New Orleans Police Department;

5. Angel Junio;

6. Doris Pranicevic, Chief Operating Officer of Canyon MB Holdings, LLC, Majority Member of Medport LA, LLC;

7. One or more representatives of Wesco Insurance Company and/or AmTrust Financial Services, Inc.;

8. Everett G. Robert, Jr., M.D., Southern Brain & Spine, 3798 Veterans

1

9. Any physician or other health care provider who has examined or treated Antoine Warren, Micheuala Brown, Anthony Nettles, and/or Antonio Warren at any time prior to or subsequent to the accident giving rise to this litigation;

10. Any as yet to be identified physician or healthcare provider needed for purposes of an independent medical examination;

11. All persons who have been deposed in this matter;

12. All persons to be deposed in this matter;

13. Any and all witnesses discovered and/or identified between now and the close of discovery;

14. Any witness, including any records custodian, necessary to verify authenticity to a document or exhibit sought to be introduced into evidence;

15. Any witness necessary for rebuttal or impeachment purposes; and/or

16. Any witness listed by any other party herein.

## EXHIBIT LIST

1. Expert Report of Everett Robert, M.D.;

2. Curriculum Vitae of Everett Robert, M.D.;

3. All documents relied upon by Everett Robert, M.D.;

4. State of Louisiana Motor Vehicle Traffic Crash Report No. 171129182354384;

5. New Orleans Police Department Body Worn Camera Footage, identified as 2017 – 11 – 30 R02: 31: 36Z AXON FLEX 2 X83011307;

6. All deposition transcripts taken in this matter and any all exhibits attached thereto;

7. Any deposition transcripts to be taken in this matter and any exhibits attached thereto;

8. Plaintiffs' Answers and Responses to Requests for Interrogatories and Requests for Production of Documents from Defendants;

9. Documents produced by plaintiffs' in response to Defendants' Requests for Production of Documents;

10. Defendants' Answers and Responses to Requests for Interrogatories and Requests for Production of Documents from Plaintiffs;

11. Documents produced by Defendants in responses to Plaintiffs' Requests for Production of Documents;

12. Documents produced by Wooden Products Transportation, Inc.;

13. Certified Employment Records of Plaintiffs;

14. IRS Records of Plaintiffs;

15. Any and all documents produced in response to any and all subpoena *duces tecums* issued and/or obtained in this litigation;

16. AmTrust note regarding first report of claim on November 30, 2017;

17. 911 Audio Recordings, produced as Mallory.00013 and Mallory.000018;

18. Premier One Report Incident # LNP17112900036101; ;

19. Photograph(s) of any vehicle involved in the alleged accident;

20. NOPD MVU Camera footage;

21. Certified medical records of plaintiffs, Antoine Warren, Micheuala Brown, Anthony Nettles, and/or Antonio Warren;

22. Certified medical billing records of plaintiffs, Antoine Warren, Micheuala Brown, Anthony Nettles, and/or Antonio Warren;

23. Certified cellular and/or any other wireless phone records of Antoine Warren, Micheuala Brown, Anthony Nettles, and/or Antonio Warren; or of any other person who may have been in contact with plaintiffs before or after the accident;

24. Any and all criminal records of plaintiffs, Antoine Warren, Micheuala Brown, Anthony Nettles, and/or Antonio Warren ;

25. Any expert report to be prepared by any as yet to be identified expert in this litigation;

26. Court and/or police records regarding charges and criminal proceedings against any plaintiffs herein.

27. Any and all documents discovered and/or produced before discovery;

28. Any other documents revealed and/or identified between now and the time of trial;

29. Any document(s) necessary for rebuttal or impeachment purposes;

30. Any exhibit introduced and/or listed by any other party;

31. All demonstratives to be used at trial;

32. Summaries of any writings, recordings, or photographs which cannot be examined in court and presented in the form of a chart, summary or calculation pursuant to Federal Rule of Evidence 1006;

Defendants Peter Mallory, Wooden Products Transportation, Inc., Amtrust Financial Services, Inc., and Wesco Insurance Company reserve their rights to supplement and/or amend this Witness and Exhibit List as additional witnesses or exhibits become known and/or may be more specifically identified in the future.

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON LLP

 /s/ *Meredith R. Durham*
MARK E. YOUNG, T.A., Bar No. 20432
MEREDITH R. DURHAM, Bar No. 33112
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139-7915
Telephone:   (504) 582-1142
Facsimile:   (504) 582-1172
E-Mail:      myoung@pmpllp.com
E-Mail:      mdurham@pmpllp.com
Attorneys for Peter Mallory, Wooden Products Transportation, Inc., Wesco Insurance Company and AmTrust Financial Services, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that this 6th day of July, 2021, that I have served all counsel of record with a copy of the foregoing either by facsimile, e-mail and/or placing same in the United States mail, properly addressed and postage prepaid.

 /s/ *Meredith R. Durham*