**MINUTE ENTRY**
**ROBY, M. J.**
**February 25, 2022**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTOINE WARREN, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-11613** |
| **PETER MALLORY, et al.** | **SECTION: "B" (4)** |

A Settlement Conference was held on this date. Participating were: Vanessa Motta representing the plaintiffs; and Mark Young representing the defendants. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reporter Jodi Simcox, (504) 589-7780.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**Senior District Judge Ivan L.R. Lemelle**

**MJSTAR: 0:12**